of Excess Premiums Paid on Bonds Heretofore Filed. UNITED STATES FIDELITY AND GUARANTY COMPANY, Surety on the Bonds of HARRY G. FROMBERG, as Committee, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

SAMUEL SILVERMAN, Appellant, v. HYMAN AARON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ADA M. MOUNT, Respondent, v. THOMAS L. MOUNT, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ACKLEY SHOVE, as Administrator, etc., of W. FRANK SHOVE, Deceased, Respondent, v. JULIUS SIEGBERT, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CHARLES J. GASS, Respondent, v. OTTOMANE BANK, Also Known as BANQUE OTTOMANE, Formerly Known as BANQUE IMPÉRIALE OTTOMANE, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

AARON SMILOW and Others, Respondents, v. SAMUEL J. WOOD, Defendant, Impleaded with MORRIS ZUCK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ALBERT STONE, Respondent, v. KATE CIBULSKY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ALBERT STONE, Respondent, v. KATE CIBULSKY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JOHN LEVY and Others, Respondents, v. WILLIAM B. CROWELL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

PHILIP BECK, as Administrator, etc., of DOROTHY BECK, Deceased, Respondent, v. WATBEN REALTY CO., INC., Appellant.— Order so far as appealed from modified by granting items 2, 3 and 6, and as so modified affirmed, without costs. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JEANNETTE BROTHERS, Respondent, v. GEORGE N. BROTHERS, Appellant.— Order modified by reducing the amount sequestered to one-half of the pension payment, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

LILLIE ROSENBERG, Respondent, v. MILTON J. ROSENBERG, Defendant. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES and SOPHIE R. HIRSCH, Appellants.*— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Finch, P. J., and Sherman, J., dissent.

MICHAEL DIGELORMO, as Administrator, etc., of GELARDO DIGELARMO, v. BENJAMIN J. WEIL and Another, Impleaded, etc.— Motion for leave to appeal

* Revd., 259 N. Y. 338.